```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                  :
                                  :
                                  :
UNITED STATES OF AMERICA,         :   CRIMINAL NUMBER: 06-281-01
                                  :
                                  :
          v.                      :           O R D E R
                                  :
                                  :
LEROY BROWN,                      :
                                  :
                                  :
```

The defendant having filed a motion to transfer jurisdiction of the terms of supervised release,

It is on the day  1st  of APRIL, 2010

ORDERED that defendant's motion to transfer jurisdiction of the terms of supervised release is hereby DENIED.

        S/Joseph A. Greenaway, Jr.
        JOSEPH A. GREENAWAY, JR. USCJ.*

        *sitting by designation